IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MICKEY C. COOLEY, individually, and as Surviving Spouse of SUSAN LYNN COOLEY, deceased, | * * * * * | |
| | * | CV 116-066 |
| Plaintiff, | * * | |
| v. | * * | |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * * | |

**O R D E R**

Presently before the Court is parties' Joint Motion for Dismissal with Prejudice of Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 14.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA